

**FILED**
**1/27/2025**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AUSA Irene Hickey Sullivan (312) 371-7785

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

UNITED STATES OF AMERICA

v.

EDWARD MARTINEZ-CERMENO,
also known as "Edward Martinez-Carmeno"

Case No.: 25 CR 51
GABRIEL A. FUENTES
Magistrate Judge

## <u>AFFIDAVIT IN REMOVAL PROCEEDING</u>

I, MATTHEW STOCHELSKI, appearing before United States Magistrate Judge GABRIEL A. FUENTES by telephone and being duly sworn under oath, state that as a federal law enforcement officer I have been informed that EDWARD MARTINEZ-CERMENO, also known as "Edward Martinez-Carmeno", has been charged by Complaint in the Western District of Texas with the following criminal offense: unlawful entry into the United States, in violation of Title 8, United States Code, Section 1325(a)(1).

A copy of the Complaint is attached. A copy of the arrest warrant also is attached.

MATTHEW S STOCHELSKI
Digitally signed by
MATTHEW S STOCHELSKI
Date: 2025.01.27 11:29:56
-06'00'

MATTHEW STOCHELSKI
Special Agent
Homeland Security
Investigations

SWORN TO AND AFFIRMED by telephone this 27th day of January, 2025.

GABRIEL A. FUENTES
United States Magistrate Judge



COPY

AO91 (Rev. 12/03)  Criminal Complaint                                            AUSA

# UNITED STATES DISTRICT COURT

Western District Of Texas Del Rio Division

**FILED**

January 21, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY _____ MG CIENEGA

DEPUTY

**UNITED STATES OF AMERICA**
**vs.**

Edward Anthoam MARTINEZ-Cermeno
AKA Edward MARTINEZ-Carmeno

**CRIMINAL COMPLAINT**

Case Number:

**DR:25-M-176**  RECEIVED

JAN 2 1 2025

U.S. MARSHALS W/TX DEL RIO

I, the undersigned complainant state that the following is true and correct to the best of my

knowledge and belief.  On or about  September 11, 2023  in  Maverick  County, in

the  Western District Of Texas  defendant(s),

an alien, did knowingly and willfully enter the United States at a time and place other than as designated by Immigration Officers
for entry into the United States, a misdemeanor,

in violation of Title  8  United States Code, Section(s)  1325(a)(1)

I further state that I am a(n)  Border Patrol Agent  and that this complaint is based on the

following facts:

On or about September 11, 2023 , the defendant,  Edward Anthoam MARTINEZ-Cermeno, an alien who is a native and citizen
of  Venezuela , entered the United States illegally from the Republic of Mexico by crossing the Rio Grande River at a time and
place other than as designated by Immigration Officers near Eagle Pass, Texas.

A true copy of the original, I certify.
Clerk, U.S. District Court

By _____
Deputy Clerk

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

_____
Signature of Complainant

Quezada, Emanuel
Printed Name of Complainant

Sworn to before me and signed in my presence,

January 21, 2025                                at        Del Rio, Texas
Date                                                            City/State

Joseph Cordova                U.S. Magistrate Judge
Name of Judge                 Title of Judge

_____
Signature of Judge

AO-442(REV.12/85)

**FILED**

January 21, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

# United States District Court

Western District Of Texas

BY: _____ **MG CIENEGA** _____

DEPUTY

UNITED STATES OF AMERICA
V.

**WARRANT FOR ARREST**

Edward Anthoam MARTINEZ-Cermeno
AKA Edward MARTINEZ-Carmeno

CASE NUMBER:

**DR:25-M-176**

**To: The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest Edward Anthoam MARTINEZ-Cermeno
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation

charging him or her with (brief description)

On or about September 11, 2023 , the defendant, Edward Anthoam MARTINEZ-Cermeno, an alien who is a native
and citizen of Venezuela , entered the United States illegally from the Republic of Mexico by crossing the Rio Grande
River at a time and place other than as designated by Immigration Officers near Eagle Pass, Texas.

A true copy of the original, I certify.
Clerk, U.S. District Court

By _____
Deputy Clerk

in violation of Title ___8___ United States Code, Section(s) 8 1325(a)(1) _____

Joseph Cordova
Name of Issuing Officer

_Joseph A Cordova_
Signature of Issuing Officer

Bail fixed at $ _Detain_ by

U.S. Magistrate Judge
Title of Issuing Officer

01/21/2025 Del Rio, Texas
Date and Location

_Joseph A Cordova_
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| Del Rio, Texas | | |
| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
| 01/21/2025 | Quezada, Emanuel | |
| Date of Arrest | Agent | |
| September 11, 2023 | | |