UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWARD MARTINEZ-CERMENO | No. 25 CR 51<br><br>Honorable Gabriel A. Fuentes |

## STATUS REPORT

The UNITED STATES OF AMERICA, by its attorney, MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, submits this status report and states as follows:

1. On January 21, 2025, defendant EDWARD MARTINEZ-CERMENO was charged by complaint in the United States District Court for the Western District of Texas. The complaint charged defendant with one count of entering the United States illegally at a time and place other than as designated by Immigration Officers, in violation of Title 8, United States Code, Section 1325(a)(1). R. 1.

2. On January 26, 2025, defendant was arrested in the Northern District of Illinois. R. 2.

3. On January 28, 2025, an initial appearance and removal hearing was held. R. 3. The Court advised defendant of the charge against him, the maximum penalty, his rights, and of prosecutorial obligations. *Id*. The Court further advised defendant of the provisions of Rule 20 of the Federal Rules of Criminal Procedure. *Id*. The Government moved for detention under 18 U.S.C. § 3142(f)(2)(A), and the Court ruled that a detention may not be held on the government's motion, concluding that

the government did not meet its burden by a preponderance of the evidence that defendant is a serious risk of flight. *Id*. The Court ordered defendant released from U.S. Marshals Service custody upon processing. *Id*. The Court further ordered defendant to appear for a hearing before the designated judge at a date, time, and format this is to be determined at the U.S. District Court for the Western District of Texas. *Id*.

4. In its minute order following the initial appearance and removal hearing, the Court ordered the government to submit a status report regarding the release and transfer of defendant. R. 3.

5. Upon processing, defendant was immediately taken into the custody of U.S. Immigration and Customs Enforcement ("ICE"). According to the inmate locator at ice.gov, he is currently detained at Clay County Justice Center in Brazil, Indiana.

Dated: January 30, 2025　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　MORRIS PASQUAL
　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　By:　　*/s/ Irene Hickey Sullivan*
　　　　　　　　　　　　　　　　Irene Hickey Sullivan
　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　219 South Dearborn Street, 5th Floor
　　　　　　　　　　　　　　　　Chicago, Illinois 60604
　　　　　　　　　　　　　　　　(312) 353-5300